UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| VS. | : | CR No. 05-056ML |
| JOSEPH A. BEVILACQUA, JR. | : | |

**MOTION FOR EXTENSION OF TIME TO OBJECT TO PRESENTENCE REPORT**

Now comes your Defendant, Joseph A. Bevilacqua, Jr., through his undersigned counsel and moves this Honorable Court for an extension of time to file his Objection to the Presentence Investigation Report, in the above-entitled matter, up to and including **August 11, 2005**. As grounds for his Motion the Defendant states as follows:

1. Pursuant to this Court's Order, the Defendant was to file his Objection to the Presentence Investigation Report on or by July 28, 2005.

2. Defendant's counsel received a copy of the Presentence Report on or about July 15, 2005.

3. Due to the press of other matters, including an Arbitration, which Defendant's counsel participated in on July 18, 2005, a Show Cause Hearing before the Board of Licenses in the City of Providence on July 20, 2005 and numerous depositions conducted in another pending matter, defense counsel has not had adequate time to review the report and prepare an objection and response thereto on behalf of the Defendant.

4. Defense counsel is Court excused, pursuant to this Court's Order, dated April 4, 2005, for the period of time from July 22, 2005 to July 27, 2005. (Exhibit "1")

During said period of time, defense counsel will be attending the American Trial Lawyers Annual Convention in Toronto, Canada.

5. Based on the foregoing, defense counsel is seeking a two week extension of time, up to and including August 11, 2005, within which to prepare and file the Defendant's Objection to the Presentence Investigation Report in this matter.

6. Defense counsel has spoken with the U.S. Probation Officer, Michael C. Perry, with respect to this request and Mr. Perry has indicated that he has no objection thereto provided that the government has an extension of time to respond to the Defendant's objection of two weeks or as otherwise ordered by the Court.

7. No prejudice will come to any of the parties if the instant Motion for Extension of Time is granted by the Court.

WHEREFORE, Defendant moves for an Order of this Court extending the period of time to file his Objection to the Presentence Investigation Report, up to and including **August 11, 2005**. Defendant would further request that the prior deadlines this Court has set for the government to file its response to the Defendant's Objection to the Presentence Report, as well as the Court date for sentencing be extended two weeks, respectively.

Defendant,
By and through his Attorney,

Thomas A. Tarro, III, # 2046
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 (fax)

## **CERTIFICATION**

I hereby certify that I mailed a copy of the above Motion for Extension of Time on the 21st day of July, 2005 to:

Kenneth Madden, Esq.
First Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Michael C. Perry
United States Probation Officer
John O. Pastore Federal Bldg.
2 Exchange Terrace
Providence, RI 02903