UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

*IN RE: THOMAS A. TARRO, III, ESQ.*

**PETITION FOR EXCUSAL**

Now comes the Petitioner, Thomas A. Tarro, III, Esq., and moves this Court to be excused from all Court appearances during the period of time from June 30th through July 8, 2005 and July 22, 2005 through July 27, 2005.

The Petitioner will be out-of-state during said period of time.

Based on the foregoing, Petitioner requests and excusal from all Court appearances as set forth above.

Those matters which Petitioner is counsel of record are as follows:

Custom Design, Inc. v. Family Dollar Stores, Inc., C.A. No. 03-522 ML

Mag Jewelry Co., Inc. v. Target Stores, et al, C.A. No. 04-174 T

Richardson v. Nationwide Mutual Insurance Co, C.A. No. 04-74 ML

Denise Crowe v. Robert Marchand, MD, et al, C.A. No. 05-098T

GRANTED except as to any emergency matters that may occur during the period of the excuse.

Ernest C. Torres, Chief, U.S. District Judge
Date: 4/4/05 By ____

Thomas A. Tarro, III #2046
LAW FIRM OF THOMAS A. TARRO, III
The Summit East
300 Centerville Road, Suite 330
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 facsimile

OK MML
OK RRL
[redacted]
OK WGJ