IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 05-056ML
)
)
JOSEPH A. BEVILACQUA, JR. )

FILED
SEP 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GOVERNMENT'S MOTION TO EXCEED PAGE LIMITS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U. S. Attorney, and moves this Court to allow the government to file a memorandum of nineteen pages so as to adequately address those issues raised by the defendant in his Sentencing Memorandum and in his Objections To Presentence Investigation Report, which together total twenty-one pages.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Granted.
Mary M. Lisi
USDJ 9/6/05

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney
R.I. Bar No. 1680

# CERTIFICATION

I hereby certify that on the 2nd day of September, 2005, I mailed a true copy of the Within Government's Motion To Exceed Page Limits, ordinary mail and postage prepaid, to:

Thomas A. Tarro, III, Esq.
Law Offices
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886

Paulette E. Gamache