UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-056ML** **DATE: September 9, 2005**

**TITLE: USA v. Joseph A. Bevilacqua, Jr.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Kenneth P. Madden - Govt**
**Thomas A. Tarro III - for Deft**
**Barry Weiner - U.S. Probation**

**PROCEEDINGS: Sentencing Hearing**

**Counsel address deft's objections to the PSR's guidelines calculations. Court overrules those objections. Counsel argue deft's motion for a downward departure. Court DENIES the motion. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to Counts I and II of the Information: 18 mos' imprisonment (concurrent terms); followed by 3 yrs' supervised release as to Count I, 1 yr's supervised release as to Count II (concurrent terms). Special conditions of s/r: deft is to participate in Probation-approved treatment programs for substance abuse (incl. up to 72 drug tests per year) and mental health. Total $200.00 special assessment; no fine is imposed. The Court orders, pursuant to 28 U.S.C. § 1918, that this deft pay the costs associated with the investigation and prosecution of this matter in the amount of $152,247.39, said sum payable to the Administrative Office of the U.S. Courts. Interest is waived. Deft to self-surrender to designated facility before 2:00 p.m. on Fri., 9/30/05. In the meantime, deft remains on bond under terms and conditions previously set.**