05-00056
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

No. 05-2390

MANDATE

UNITED STATES OF AMERICA,

Appellee,

v.

JOSEPH A. BEVILACQUA, JR.,

Defendant, Appellant.

### JUDGMENT

Entered: May 18, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

LH
Deputy Clerk

Date: 6/8/06

By the Court:
Richard Cushing Donovan, Clerk

By: Julie Gregg, Operations Manager

[Certified copies to Hon. Mary A. Lisi and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Tarro, Mr. Madden & Mr. Lockhart.]