IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, CASE NO. CR No. 05-056 ML

Plaintiff,

vs.

JOSEPH A. BEVILACQUA, JR,

Defendant.

---

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the Defendant, JOSEPH A. BEVILACQUA, JR., hereby appeals to the United States Court of Appeals for the First Circuit from the Amended Judgment entered in the above-entitled Criminal Case imposed on September 28, 2006, and entered by Honorable Mary M. Lisi, United States District Judge for the District of Rhode Island, imposed by the Court on the same date.

Respectfully submitted,

Thomas A. Tarro, III, Esq.
R.I. Bar I.D. # 2046
THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
300 Centerville Road
The Summit East-Suite 330
Warwick, Rhode Island 02886
Telephone: (401) 737-7200
Fax: (401) 737-7200

By: /s/ Thomas A. Tarro, III, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electorincally cent to the attorneys of record:

Kenneth Madden, Esq.
First Assistant US Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Thomas A. Tarro, III, Esq.