UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

October 10, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-056ML **CCA# ___________**
USA v. Joseph A. Bevilacqua, Jr.

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By_________________________
John Duhamel
Deputy Clerk

Encl.: **Case file, incl. 1 original transcript (Doc. # 24: 9/9/05 sentencing hearing)**
**J&C's Statement of Reasons [sealed]; PSR [sealed]**
**Certified docket**