05-00056
USDCIRF
451

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2446

UNITED STATES,

Appellee,

v.

JOSEPH A. BEVILACQUA, JR.,

Defendant, Appellant.

**JUDGMENT**
Entered: November 30, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/30/06

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Thomas A. Tarro, III, Esq., Kenneth P. Madden, AUSA, Donald Lockhart, AUSA]